```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
                CASE NO. 04C0 30179 MAP
                LARRY D. SMITH, Plaintiff

                           vs.

              BARON JEFF CORPORATION, Defendant
```

PARTIES' JOINT STATEMENT

Pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.1 and the Order of the Court, the parties submit the following joint statement:

I. Agenda of matters for discussion at scheduling conference. The parties have no matters other than scheduling matters to discuss at the conference.

II. Proposed Scheduling Plan

The parties shall provide automatic disclosures per FRCP 26(a)(1) on or before **Friday, January 7, 2005.**

All discovery shall be concluded on or before **Friday, May 20, 2005.**

Motions for summary judgment shall be filed on or before **Wednesday, July 6, 2005.**

The parties waive depositions, except for production of documents by non-parties.

The parties reserve the right to request an extension of these proposed deadlines, if necessary.

III. Trial by Magistrate Judge.

The parties do consent to trial by a Magistrate Judge.

IV. Certifications

Certifications pursuant to Local Rule 16.1(D)(3) will be filed separately by the parties.

1

Respectfully submitted,

By _/s/ SRK_
Stephen R. Kaplan
Attorney at Law
50 Center Street, P.O. Box 144
Northampton, MA    01061-0144
Tel. (413) 584-8966
Fax (413) 387-6027
BBO # 259240


BARON JEFF CORPORATION

By _/s/ NSchmidt SRK_
Stacey N. Schmidt
Attorney at Law
81 Green Street, Suite 32
Brookline MA 02446
Tel (617) 818-1313
Fax (617) 385-1482

2