UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CASE NO. 04C0 30179 KPN

LARRY D. SMITH, Plaintiff

vs.

BARON JEFF CORPORATION, Defendant

ATTORNEY'S CERTIFICATE OF SERVICE

I, Stephen R. Kaplan, attorney for the plaintiff, certify that on this day I served plaintiff's settlement proposal on the defendant by mailing by first class mail, postage prepaid, and by faxing a copy thereof to defendant's attorney of record.

Stephen R. Kaplan
Attorney at Law
50 Center Street, P.O. Box 144
Northampton, MA    01061-0144
Tel. (413) 584-8966
Fax  (413) 387-6027
BBO # 259240

Dated: December 15, 2004