UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04C0 30179 MAP

LARRY D. SMITH, Plaintiff

vs.

BARON JEFF CORPORATION, Defendant

PLAINTIFF'S NOTICE OF DISMISSAL

Comes now the plaintiff and dismisses this action with prejudice.

LARRY D. SMITH

By _____
Stephen R. Kaplan
Attorney at Law
50 Center Street, P.O. Box 144
Northampton, MA    01061-0144
Tel. (413) 584-8966
Fax  (413) 387-6027
BBO # 259240

1

STEPHEN R. KAPLAN
ATTORNEY AT LAW
50 CENTER STREET, P.O. BOX 144
NORTHAMPTON MA 01061-0144

TEL. (413) 584-8966
FAX (413) 387-6027
February 4, 2005

Clerk, United States District Court
1550 Main Street
Springfield MA 01103

    Re: Smith v. Baron Jeff Corporation
        Case No. 04C0 30179 MAP

Dear Sir/Madame:

    Please find herewith for filing:

    1.    Plaintiff's Notice of Dismissal,

    I certify that I have this day served this pleading on defendant by faxing and by mailing copies of the same by first class mail, postage prepaid, to Ms. Schmidt at the address set forth below.

                                     Respectfully,

                                     Stephen R. Kaplan

Enclosures (2)

cc: Stacey N. Schmidt, Esq.
81 Green Street, Suite 32
Brookline MA 02446

1